IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAMONT LATHAM** | § | **PETITIONER** |
| | § | |
| v. | § | CIVIL NO. 1:13cv215-HSO-RHW |
| | § | |
| **RONALD KING** | § | **RESPONDENT** |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11 of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

  X    A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

  ___  A Certificate of Appealability should issue for the following specific issue(s):

REASONS:

Petitioner has not made a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2); *Elizalde v. Dretke,* 362 F.3d 323, 328 (5th Cir. 2004). Petitioner has not presented a claim for which habeas corpus relief may be awarded. *See* Order Adopting Proposed Findings of Fact and Recommendation, Granting Respondent's Mot. to Dismiss, and Dismissing Pet. for Writ of Habeas Corpus [10] *and* Proposed Findings of Fact and Recommendation [8].

DATE: November 15, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE